UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Patricia Zenk, | |
| | Civil Action No.: 3:09-cv-1938-RNC |
| Plaintiff, | |
| v. | |
| Academy Collection Service, Inc.; and DOES 1-10, inclusive, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby discontinued against the Defendants with prejudice and without costs to any party.

Plaintiff                                                                Defendant

  /s/ Sergei Lemberg                                          /s/ Christopher S. Acquanita

Sergei Lemberg, Esq. (No.: 425027)           Christopher S. Acquanita, Esq.
Lemberg & Associates, LLC                        Law Offices of Jack. V. Genovese II
1100 Summer Street, 3rd Floor                    200 Glastonbury Blvd.
Stamford, CT 06905                                      Glastonbury, CT 06033
Telephone: (203) 653-2250                         Telephone:  (860) 633-4797
Facsimile: (203) 795-3666                           Facsimile:  (860) 633-0694

_____

SO ORDERED

DATED: February 18, 2010

**CERTIFICATE OF SERVICE**

I certify that on February 18, 2010, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system.

/s/ Sergei Lemberg
Sergei Lemberg
